IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES COPPA                         :        CIVIL ACTION
                                    :
        v.                          
NCO FINANCIAL SYSTEMS, INC.         :        NO.  11-1857

<u>O R D E R</u>

**AND NOW, TO WIT:** This 6TH day of June, 2011, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                                    **MICHAEL E. KUNZ**, Clerk of Court


                                    **BY:** /s/Katherine Gallagher
                                         Katherine Gallagher
                                         Deputy Clerk


Civ 2
41(b).frm