UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES COPPA, | ) |
|       Plaintiff, | ) |
| v. | ) **Case No.: 2:11-cv-1857** |
| NCO FINANCIAL SYSTEMS, INC., | ) |
|       Defendants. | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Ross S. Enders
Ross S. Enders, Esquire
Attorney ID: 89840
Attorney for Defendant,

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Attorney for the Plaintiff

Date: July 21, 2011

Date: July 21, 2011

BY THE COURT:

_____
J.